IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION, INC.,
et al.,

      Plaintiffs,

v.                              CASE NO. 4:08cv324-RH/WCS

STEPHEN L. JOHNSON, etc., et al.,

      Defendants.

_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

      The defendants' unopposed motion (document 6) for an extension of time to respond to the complaint is GRANTED. The deadline is extended to November 17, 2008.

      SO ORDERED on September 4, 2008.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge